UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| XTREME CONCEPTS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CKH CORPORATION F/S/O COLE HAUSER, et al.,<br><br>Defendants. | Case No. 3:25-cv-00976<br><br>Judge Waverly D. Crenshaw, Jr.<br>Magistrate Judge Luke A. Evans |

**ORDER**

On September 22, 2026, the parties filed a second joint motion for a judicial settlement conference in this matter with a Magistrate Judge or District Judge in this District . (Doc. No. 34.) The motion is GRANTED.

This matter is REFERRED to Magistrate Judge Lynda Hill to conduct the judicial settlement conference. Counsel are ORDERED to contact Judge Hill's courtroom deputy for further instruction regarding the setting of the conference and provision of settlement conference statements

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge