IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **XTREME CONCEPTS, INC.,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CKH CORPORATION f/s/o COLE HAUSER, COLE HAUSER, IN HIS INDIVIDUAL CAPACITY, FICTITIOUS DEFENDANT 1, and FICTITIOUS DEFENDANT 2,**<br><br>**Defendants.** | ) | **Case Number: 3:25-CV-00976**<br>**District Judge Eli Richardson**<br>**Magistrate Judge Luke A. Evans** |
| **CKH CORPORATION,**<br><br>**Counter-Plaintiff,**<br><br>**vs.**<br><br>**XTREME CONCEPTS, INC.**<br><br>**Counter-Defendant, and**<br><br>**LANDON ASH,**<br><br>**Third-Party Defendant** | ) | |

**<u>JOINT NOTICE OF APPROVED MEDIATOR AND MEDIATION DATE</u>**

Pursuant to the Court's September 4, 2026 Order (ECF No. 33), Plaintiff and Counter-Defendant Xtreme Concepts, Inc. ("Xtreme"), Third-Party Defendant Landon Ash ("Ash"), Defendant and Counter-Plaintiff CKH Corporation ("CKH"), and Defendant Cole Hauser ("Hauser") (collectively, the "Parties"), by and through their respective counsel of record, hereby submit this Joint Notice of Approved Mediator and the Mediation Date.

In the Court's September 22, 2026 Order (ECF No. 35) granting the Parties' Joint Motion for Judicial Settlement Conference, the Court ordered the matter referred to Judge Lynda Hill to conduct the judicial settlement conference. The Parties have contacted Judge Hill's courtroom deputy and have confirmed a mediation before Judge Hill on November 10, 2026 at 9:00 a.m.

**EARLY SULLIVAN WRIGHT GIZER & McRAE LLP**

[signature]

Bryan M. Sullivan, *pro hac vice*
Zachary C. Hansen, *pro hac vice*
6420 Wilshire Boulevard, 17th Fl.
Los Angeles, California 90048
Telephone: (323) 301-4660
*bsullivan@earlysullivan.com*
*zhansen@earlysullivan.com*

Todd R. Hambidge (TN BPR No. 028671)
HOLLAND & KNIGHT, LLP
Symphony Place
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
Telephone: (615) 850-8875
*Todd.Hambidge@hklaw.com*

*Attorneys for Defendants and Counter-Plaintiff CKH Corporation and Cole Hauser*

**TANNER & GUIN, LLC**

*/s/ Justin G. Williams*

Justin G. Williams
2711 University Blvd., Suite 201
Tuscaloosa, Alabama 35401
Telephone: (205) 633-0218
justin@tannerguin.law

*Attorneys for Plaintiff and Counter-Defendant Xtreme Concepts, Inc. and Third-Party Defendant Landon Ash*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2026, I electronically filed a true and correct copy of the foregoing **JOINT NOTICE OF APPROVED MEDIATOR AND MEDIATION DATE** with the Clerk of Court using the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Robie Ann Atienza-Jones*
ROBIE ANN ATIENZA-JONES
An employee of Early Sullivan Wright
Gizer & McRae LLP